IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHELLE CASH, Individually and**
**on behalf of her daughter, B.A.C., a minor**  **PLAINTIFFS**

v.  Case No. 5:17-cv-00036-KGB

**SHERIDAN PUBLIC SCHOOL DISTRICT, et al.**  **DEFENDANTS**

## ORDER

Before the Court is plaintiffs' motion to dismiss (Dkt. No. 18). Plaintiffs request that the Court dismiss this case against all defendants without prejudice. Plaintiffs represent that defendants do not object to the request. For good cause shown, the Court grants the motion (Dkt. No. 18). The action is dismissed without prejudice. All pending motions are denied as moot (Dkt. Nos. 10, 13).

So ordered this the 26th day of June, 2017.

_____
Kristine G. Baker
United States District Judge